IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

**RICHARD JAMES LAMONS,** :
: 
  Petitioner :
:
v. :   CASE NO. 6:05-cv-9 (HL)
:   28 U.S.C. § 2254
:
**ROSE WILLIAMS, Warden,** :
:
  Respondent

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.16) filed May 31, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation by the plaintiff within the allotted time.

**SO ORDERED,** this the 7th day of July, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**